## HARVEY *v.* DAVIS ET AL.

From the Hamilton Circuit Court.

*R. Graham* and *J. O'Brien*, for appellant.

*D. Moss*, for appellees.

PETTIT, J.—This was a suit by the appellant against the appellees, to review a judgment rendered in favor of the appellees against the appellant.

The record shows that a demurrer to the complaint was filed and sustained. No demurrer is in the transcript, nor does it show for what cause or reason the demurrer was filed.

The statute only allows a review for two causes: first,.

for error of law appearing in the proceedings and judgment; second, for new matter discovered since the rendition thereof. 2 G. & H. 280, sec. 587. And neither of these causes is shown in the complaint.

The judgment is affirmed, at the costs of the appellant.